UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1661, INC. d/b/a GOAT,<br><br>      Plaintiff,<br><br>    -v.-<br><br>GOATPIX LLC,<br><br>      Defendant. | 23-mc-00443 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  The Court has been informed that the Clerk of Court has issued the requested subpoena, pursuant to 35 U.S.C. § 24.  The Clerk of Court is directed to close this case.

  SO ORDERED.

Dated: February 20, 2024
   New York, New York

                   _____
                   JENNIFER H. REARDEN
                   United States District Judge